# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00042-CR

**Curtis Lamont Williams, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT**
**NO. 00-813-K277, HONORABLE BURT CARNES, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Curtis Lamont Williams seeks to appeal from a judgment of conviction for aggravated assault. The trial court has certified, and the record confirms, that he waived his right of appeal. The appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(d).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:  March 11, 2004

Do Not Publish